IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joanne Partin,                                  :
                                                :
      Plaintiff(s),                           :
                                                :  Case Number: 1:14cv216
  vs.                                          :
                                                :  Judge Susan J. Dlott
Weltman Weinberg & Reis Co., LPA,               :
                                                :
      Defendant(s).                           :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 5, 2016 a Report and Recommendation (Doc. 42).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 43), defendant filed a response to the objections (Doc. 44) plaintiff filed a reply to the response (Doc. 45).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 25) is GRANTED.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Judge Susan J. Dlott
   United States District Court